**U.S. Department of Justice**

United States Marshals Service

# DETAINER
## AGAINST UNSENTENCED PRISONER
### BASED ON FEDERAL ARREST WARRANT

United States Marshal
Eastern District of Wisconsin
*(District)*

125 S Jefferson St
Green Bay, WI 54301
920 884 8256

*(Return Address and Phone)*

*Please type or print neatly:*

TO: Manitowoc Co Jail
Manitowoc, WI

DATE: 7/29/2020

SUBJECT: VARGAS, Javier

AKA:

DOB/SSN: ████ 76

REF. # Manitowoc Co case # 20CF429

USMS #:

CR #: Fed case # 20CR128

Please accept this Detainer against the above-named subject who is an unsentenced prisoner currently in your custody. The United States District Court for the Eastern          District of Wisconsin                    has issued an **arrest warrant(s)** charging the subject with the commission of the following offense(s):

Possession with intent to distribute Methamphetamine

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer because the subject is not currently serving a sentence of imprisonment at the time the Detainer is lodged. **IF THE SUBJECT IS SENTENCED WHILE THIS DETAINER IS IN EFFECT, PLEASE NOTIFY THIS OFFICE AT ONCE.**

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at   920 884 2082   .
*FAX No.*

| RECEIPT |
|---|
| Date: 07·29·2020 |
| Signed: Joy L. Brivius |
| By: JOY L BRIVIUS – IA |
| Title: Major |

Very truly yours,

T. Conlon

U.S. Marshal

Requested by: R. Clauss, Deputy US Marshal

Form USM-16A
Rev. 012/06